**Order entered July 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-14-00643-CV

---

**DENISE EDWARDS, INDIVIDUALLY AND AS NEXT FRIEND OF G.E., A MINOR,** Appellant

**V.**

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Appellee**

---

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 90628.86**

---

## ORDER

Appellant's brief is due July 31, 2014. By motion filed July 18, 2014, appellant informs the Court that the parties are engaged in settlement negotiations, and she seeks a twenty-eight day extension of time to file her brief in the event an agreement is not reached. We **GRANT** the motion and **ORDER** appellant to file her brief no later than August 28, 2014.

/s/     ELIZABETH LANG-MIERS
        JUSTICE